PHILLIP A. TALBERT
United States Attorney
OWEN ROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

MAR - 3 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING:<br><br>6677 Tyler Drive, Grizzly Flats, CA 95636;<br><br>A white Jeep Cherokee, California License Plate 6NXE637, registered through December 2012 to Sara June Pierson;<br><br>MICHELLE RYAN CLARK;<br><br>Two cell phones seized from the residence of 6677 Tyler Drive, Grizzly Flats, CA 95636, currently stored in a storage locker at 2000 Royal Oaks Drive, Sacramento, California, to wit, (1) one Samsung Metro PCS, white and black in color; and (b) a black ZTE phone from Metro PCS with the word "Jaydon" affixed in purple puffy paint. | 2:13-sw-00812<br>2:13-sw-00813<br>2:13-sw-00814<br>2:13-sw-00815<br><br>[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: __3/3/17__                             _____
                                              The Honorable Allison Claire
                                              UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS